AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Joby SAAVEDRA and<br>Kevin Abraham SALAS-Del Angel<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)   Case No.  **5:22-MJ-2187**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 15, 2022_____ in the county of _____Webb_____ in the _____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Javier Molano
_____
*Complainant's signature*

Javier Molano           Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence,

Date:  November 18, 2022
_____
*Judge's signature*

City and state:   Laredo, Texas

Christopher dos Santos      U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT
### In support of Criminal Complaint

UNITED STATES OF AMERICA

V.

Joby SAAVEDRA and Kevin Abraham SALAS-Del Angel

CRIMINAL COMPLAINT

Case Number:

**ENCOUNTER:**

On November 15th, 2022, Border Patrol Agents assigned to the Laredo South Intelligence Unit were conducting covert surveillance at the College Heights neighborhood in Laredo, Texas. At approximately 9:45 p.m. they observed a grey SUV making several passes in the Agents area of responsibility. At approximately 9:50 p.m. Agents observed the same grey SUV park in front of an empty lot facing east.

A Customs and Border Protection Air and Marine (AMO) helicopter was flying overhead at this time. The pilot was communicating observations via service radio of a group of suspected non-citizens that they had witnessed walking from the river in the apprehending agent's location. At approximately 9:50 p.m. the pilot advised that the group entering in the neighborhood running and entering the same grey SUV. At this time the vehicle proceeded to drive away. Assisting agents on the field were able to identify the grey SUV with the help of AMO and where able to successfully deploy a Vehicle Immobilization Device (VID).

The AMO helicopter above maintained visual and communicated the grey SUVs direction of travel and communicated with border patrol agents responding to the vehicle location. The grey SUV failed to yield until it could travel no further because of its tires being flat due to a successful VID used by agents.

The driver of the grey SUV was identified as Joby Saavedra which was sitting in the driver's seat at the time of the arrest. AMO helicopter pilot advised the agents on the field that he saw three subjects running out from the vehicle and hid near by a brush area. Subsequent search of this area yielded the discovery of subjects Ramon Hernandez-Salazar, Dionisio Lopez-Mendoza, and Kevin Abraham Salas-Del Angel, who all admitted to being illegally present in the United States.

**PRINCIPAL SYNOPSIS:**

SAAVEDRA, Joby was read and advised of his rights via Service form I-214 at 1:37 a.m. SAAVEDRA stated this is his first time picking up Undocumented Citizens (UNC). SAAVEDRA stated that a friend of his called him and asked him that if he wanted to make some money picking up undocumented aliens. He stated that he was instructed to pick up three people including a guide and was provided a location where to pick up. SAAVEDRA stated that he saw three subjects exit from the brush and told them to get into his vehicle. SAAVEDRA stated the guide was going to tell him where to go and was going to get paid a total of $400 United States Dollar (USD). SAAVEDRA stated that he knew what he was doing is illegal.

**CO-PRINCIPAL SYNOPSIS**

SALAS-del Angel, Kevin Abraham was advised of his rights via form I-214 and refused to give a statement.

**MATERIAL WITNESS SYNOPSIS:**

On November 16, 2022, Dionisio LOPEZ-Mendoza stated that he illegally entered the United States and that he paid approximately $5,400 USD to be smuggled. LOPEZ-Mendoza stated that he crossed the river with another person who identified himself as the guide. LOPEZ-Mendoza stated that he was with this person from the time they crossed the river through the time of their apprehension. LOPEZ-Mendoza stated the guide was giving instructions on what to do along the way.

**MATERIAL WITNESS SYNOPSIS:**

On November 16, 2022, Ramon HERNANDEZ-Salazar stated that he crossed the river with two other people and two river guides. HERNANDEZ-Salazar stated that the guides were proving directions along the way until they encountered a grey SUV, where the driver instructed the whole group to get in. Ramon HERNANDEZ-Salazar was able to identify Kevin SALAS-Del Angel on a six-pack photo lineup as being the person who was guiding them and giving them instructions.

SUBSCRIBED and SWORN to before me on

    18th     day of      November, 2022

_____
Signature of Judicial Officer

/S/  Molano, Javier    Border Patrol Agent
_____
Signature of Complainant